AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

KENNETH BARKER & LOIS ANNE BARKER )
_____Plaintiff_____ )
            v.                   )  Civil Action No. C08-02977
SEE ATTACHED LIST OF NAMES       )
_____Defendant_____  )

**Summons in a Civil Action**

To:   SEE ATTACHED LIST OF NAMES
              *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   KENNETH BARKER & LOIS ANNE BARKER
   2349 ROYAL OAKS DRIVE
   ALAMO, CA   94507

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        Richard W. Wieking
                                        Name of clerk of court

Date:  JUN 17 2008                      CYNTHIA LENAHAN
                                        Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

 (1) personally delivering a copy of each to the individual at this place, _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                     Server's signature

                     Printed name and title

                     Server's address

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA.

The names of the defendants are as follows:

1 ) ROUND HILL COUNTRY CLUB.

2 ) CAROLE CARLUCCIO.

3 ) GREG GONSALVES.

4 ) DAVID PLOTNIK.

5 ) PETE DAVIS

6 ) MARVIN B. STARR.

7 ) MILLER STARR REGALIA.

8 ) DOES 1 THROUGH 50 INCLUSIVE. These are fictitious names. When real names are ascertained they will be identified and added as named defendants to this lawsuit.