

KENNETH BARKER
2349 Royal Oaks Drive
Alamo, California 94507

Phone ( 925 ) 820 -0198

Clerk Of The Court,
450 Golden Gate Avenue,
San Francisco,
CA. 94102.

August 4, 2004.

RE: KENNETH BARKER AND LOIS ANNE BARKER v. ROUND HILL COUNTRY CLUB ET.AL. Case No. C08- 02977. SI

Dear Clerk of the Court,

  On June 17, 2008, the undersigned filed Case No. C08- 02977 in the Oakland District Court, and I was notified that the case had been transferred to the San Francisco Court.

  Additionally. each of the defendants were promptly served with the complaint by a professional legal service firm.

  To date, however, I have not received an answer to the complaint. I understand that an electronic answer was filed by defendants, however, neither the defendant, nor the court, has provided me with a copy of the answer. I understand that pursuant to court rules, the defendant must serve me with a paper copy of the answer, which as stated above, has not been done.

  Please promptly order the defendant to provide me with a written copy of it's answer.

Sincerely,

*Kenneth Barker.*

Kenneth Barker,

Plaintiff In Pro Se.

Copy –William Fiske –Attorneys For Defendants.