KENNETH BARKER
2349 Royal Oaks Drive
Alamo, California 94507

**FILED**

AUG 1 4 2008

Phone ( 925 ) 820 -0198

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

AUG 1 4 2008

Clerk Of The Court,
United States District Court,
Northern District Of California,
450 Golden Gate Avenue,
San Francisco,
CA. 94102.

July 8, 2008.

RE: BARKER v. ROUND HILL COUNTRY CLUB ET.AL. Case No. C08-02977- S I

Dear Clerk Of The Court,

    For the Court records, please find attached the original copies of Proof of Service of Summons for the following defendants

1 ) Round Hill Country Club.

2 ) Carole Carluccio.

3 ) Greg Gonsalves.

4 ) David Plotnik.

5 ) Pete Davis.

6 ) Marvin B. Starr.

7 ) Miller Starr Regalia.


Sincerely,

*Kenneth Barker*

Kenneth Barker


Plaintiff In Pro Se.


Attachments.

AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
08 AUG 14 PM 2:18

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> SEE ATTACHED LIST | DATE 6/24/08   3:34PM |
| NAME OF SERVER *(PRINT)* KENNETH L. FOSTER | TITLE CALIFORNIA REGISTERED PROCESS SERVER #591/CONTRA COSTA COUNTY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: MARVIN B. STARR AT 2542 ROLLING HILLS COURT, ALAMO, CA 94507

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $85.00 | TOTAL $85.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/08
           Date

*Signature of Server*
ONE HOUR LEGAL
1280 BOULEVARD WAY, STE 205
WALNUT CREEK, CA 94595    925-947-3470
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, ADR CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, DISPUTE RESOLUTION PROCEDURES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT CONFERENCE ORDER, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, JUDGE ILLSTON'S STANDING ORDER, LOCAL RULES

%\AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ SEE ATTACHED LIST | DATE 6/23/08    9:57AM |
| NAME OF SERVER *(PRINT)* KENNETH L. FOSTER | TITLE CALIFORNIA REGISTERED PROCESS SERVER #591/CONTRA COSTA COUNTY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MILLER STARR REGALIA BY SERVING SUSAN ELWELL, SECRETARY AT 1331 N. CALIFORNIA BLVD, 5TH FL, WALNUT CREEK, CA 94596

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $85.00 | TOTAL $85.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/25/08
             *Date*

*Signature of Server*
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

*Address of Server*
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, ADR CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, DISPUTE RESOLUTION PROCEDURES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT CONFERENCE ORDER, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, JUDGE ILLSTON'S STANDING ORDER, LOCAL RULES

| Attorney or Party without Attorney:<br>KENNETH BARKER<br>2349 ROYAL OAKS DRIVE<br>ALAMO, CA<br>Telephone No: 925-820-0198   FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: BARKER | | | | |
| Defendant: ROUND HILL COUNTRY CLUB | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0802977ADRSI |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Consent To Proceed Before A United States Magistrate Judge, Ecf Registration Information Handout, Instructions For Completion Of Adr Forms, Blank Notice Of Need For Adr Phone Conference, Adr Certification By Parties And Counsel, Blank Stipulation And (Proposed) Order Selecting Adr Process, Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Dispute Resolution Procedures, Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Conference Order, Contents Of Joint Case Management Statement, Judge Illston's Standing Order, Local Rules

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:  Mon., Jun. 23, 2008
   b. Place of Mailing:  Walnut Creek, CA  94595
   c. Addressed as follows:  MILLER STARR REGALIA
   1331 NORTH CALIFORNIA BLVD., FIFTH FLOOR
   WALNUT CREEK, CA  94596

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jun. 23, 2008 in the ordinary course of business.

5. Person Serving:  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VANESSA A. LOPEZ
   b. One Hour Delivery Service
   1280 Boulevard Way #205
   Walnut Creek, CA  94595
   c. .925-947-1100, FAX 925-947-3480
   d. *The Fee* for Service was:  $85.00
   e. I am: (3) registered California process server
      (i)  Employee
      (ii) Registration No.:  641
      (iii) County:  CONTRA COSTA

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Jun. 23, 2008

(VANESSA A. LOPEZ)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

barkkb.12009

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) SEE ATTACHED LIST | DATE 6/26/08   8:26AM | FILED 08 AUG 14 PM 2:18 |
| NAME OF SERVER (PRINT) KENNETH L. FOSTER | TITLE CALIFORNIA REGISTERED PROCESS SERVER #591/CONTRA COSTA COUNTY | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 21 CUTTING COURT, WALNUT CREEK, CA 94596

Name of person with whom the summons and complaint were left: PETE DAVIS BY SERVING "JANE DOE", REFUSED NAME, CO-OCCUPANT, (WHITE FEMALE, GRAY HR, 5'6, 130lbs, 60yrs)

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $85.00 | TOTAL $85.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/30/08
            Date

Signature of Server
ONE HOUR LEGAL
1280 BOULEVARD WAY, STE 205
WALNUT CREEK, CA 94595   925-947-3470
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, ADR CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, DISPUTE RESOLUTION PROCEDURES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT CONFERENCE ORDER, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, JUDGE ILLSTON'S STANDING ORDER, LOCAL RULES

| Attorney or Party without Attorney:<br>KENNETH BARKER<br>2349 ROYAL OAKS DRIVE<br>ALAMO, CA | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 925-820-0198 | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | | |
| Plaintiff: BARKER<br>Defendant: ROUND HILL COUNTRY CLUB | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0802977ADRSI | |

1. I, KENNETH L. FOSTER, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PETE DAVIS as follows:

2. **Documents:** Summons In A Civil Case And Complaint; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Consent To Proceed Before A United States Magistrate Judge, Ecf Registration Information Handout, Instructions For Completion Of Adr Forms, Blank Notice Of Need For Adr Phone Conference, Adr Certification By Parties And Counsel, Blank Stipulation And (Proposed) Order Selecting Adr Process, Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Dispute Resolution Procedures, Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Conference Order, Contents Of Joint Case Management Statement, Judge Illston's Standing Order, Local Rules.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/20/08 | 6:41pm | Home | THERE WAS NO ANSWER AT THIS TIME.; Attempt made by: KENNETH L. FOSTER. Attempt at: 21 CUTTING COURT WALNUT CREEK CA 94596. |
| Sat | 06/21/08 | 7:22am | Home | THERE WAS NO ANSWER AT THIS TIME.; Attempt made by: KENNETH L. FOSTER. Attempt at: 21 CUTTING COURT WALNUT CREEK CA. 94596. |
| Sun | 06/22/08 | 2:54pm | Home | SERVER SPOKE TO A LADY WHO IS WATCHING THE SUBJECT'S CAT. SHE SAID THE SUBECT IS OUT OF TOWN AND WILL RETURN ON TUESDAY. Attempt made by: KENNETH L. FOSTER. Attempt at: 21 CUTTING COURT WALNUT CREEK CA. 94596. |
| Mon | 06/23/08 | 7:51pm | Home | THERE WAS NO ANSWER AT THIS TIME.; Attempt made by: KENNETH L. FOSTER. Attempt at: 21 CUTTING COURT WALNUT CREEK CA 94596. |
| Tue | 06/24/08 | 5:20pm | Home | THERE WAS NO ANSWER AT THIS TIME.; Attempt made by: KENNETH L. FOSTER. Attempt at: 21 CUTTING COURT WALNUT CREEK CA. 94596. |
| Wed | 06/25/08 | 1:49pm | Home | THERE WAS NO ANSWER AT THIS TIME.; Attempt made by: KENNETH L. FOSTER. Attempt at: 21 CUTTING COURT WALNUT CREEK CA. 94596. |

Page Number 1
Date: Thu, Jun. 26, 2008

**AFFIDAVIT OF REASONABLE DILIGENCE**

barkkb.12010

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| KENNETH BARKER<br>2349 ROYAL OAKS DRIVE<br>ALAMO, CA | | | | |
| Telephone No: 925-820-0198 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: BARKER | | | | |
| Defendant: ROUND HILL COUNTRY CLUB | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0802977ADRSI |

SUM-CIVI/CASE & COMP

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 06/26/08 | 8:26am | Home | Substituted Service on: PETE DAVIS Home - 21 CUTTING COURT WALNUT CREEK, CA. 94596 by Serving: " JANE DOE ", REFUSED NAME, CO-OCCUPANT, (WHITE, FEMALE, 60 YEARS OLD, GRAY HAIR, 5 FEET 6 INCHES, 130 POUNDS) Competent Member of the Household over 18<br>Served By KENNETH L. FOSTER |

3. Person Executing
   a. KENNETH L. FOSTER
   b. **One Hour Delivery Service**
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. .925-947-1100, FAX 925-947-3480

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:* $85.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 591
      (iii) County: CONTRA COSTA

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Page Number 2

| Attorney or Party without Attorney:<br>KENNETH BARKER<br>2349 ROYAL OAKS DRIVE<br>ALAMO, CA<br>Telephone No: 925-820-0198    FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: BARKER | | | | |
| Defendant: ROUND HILL COUNTRY CLUB | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0802977ADRSI |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Consent To Proceed Before A United States Magistrate Judge, Ecf Registration Information Handout, Instructions For Completion Of Adr Forms, Blank Notice Of Need For Adr Phone Conference, Adr Certification By Parties And Counsel, Blank Stipulation And (Proposed) Order Selecting Adr Process, Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Dispute Resolution Procedures, Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Conference Order, Contents Of Joint Case Management Statement, Judge Illston's Standing Order, Local Rules

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:         Thu., Jun. 26, 2008
    b. Place of Mailing:        Walnut Creek, CA  94595
    c. Addressed as follows:    PETE DAVIS
                                21 CUTTING COURT
                                WALNUT CREEK, CA  94596

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jun. 26, 2008 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. VANESSA A. LOPEZ                          d. *The Fee* for Service was:    $85.00
    b. One Hour Delivery Service                 e. I am: (3) registered California process server
       1280 Boulevard Way #205                       (i)   Employee
       Walnut Creek, CA  94595                       (ii)  Registration No.:       641
    c. .925-947-1100, FAX 925-947-3480               (iii) County:                 CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

    Date: Thu, Jun. 26, 2008

                                                              /s/ Vanessa A. Lopez
                                    PROOF OF SERVICE
    Judicial Council Form                 By Mail              (VANESSA A. LOPEZ)
    Rule 2.150,(a)&(b) Rev January 1, 2007                                                    barkkb.12010

≋AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
08 AUG 14 PM 2: 18

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ SEE ATTACHED LIST | DATE 6/22/08   11:04AM | |
| NAME OF SERVER *(PRINT)* KENNETH L. FOSTER | TITLE CALIFORNIA REGISTERED PROCESS SERVER #591/CONTRA COSTA COUNTY | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DAVID PLOTNIK AT
    1374 MOSSY COURT
    CONCORD, CA 94521

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $85.00 | TOTAL $85.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/25/08
         Date

*Signature of Server*
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

*Address of Server*  (925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, ADR CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, DISPUTE RESOLUTION PROCEDURES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT CONFERENCE ORDER, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, JUDGE ILLSTON'S STANDING ORDER, LOCAL RULES

≈AO 440 (Rev. 8/01) Summons in a Civil Action

**FILED**
08 AUG 14 PM 2:18

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ SEE ATTACHED LIST | DATE 6/20/08  3:04PM | |
| NAME OF SERVER (PRINT) KENNETH L. FOSTER | TITLE CALIFORNIA REGISTERED PROCESS SERVER #591/CONTRA COSTA COUNTY | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: GREG GONSALVES
　　3169 ROUND HILL ROAD
　　ALAMO, CA 94507

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $85.00 | TOTAL $85.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/25/08
　　　　　　　Date

*Signature of Server*
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

*Address of Server*  (925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, ADR CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, DISPUTE RESOLUTION PROCEDURES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT CONFERENCE ORDER, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, JUDGE ILLSTON'S STANDING ORDER, LOCAL RULES

%AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
08 AUG 14 PM 2:18

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ SEE ATTACHED LIST | DATE 6/22/08  3:10PM |
| NAME OF SERVER (PRINT) KENNETH L. FOSTER | TITLE CALIFORNIA REGISTERED PROCESS SERVER #591/CONTRA COSTA COUNTY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CAROLE CARLUCCIO AT 2479 SOUTH VIEW DRIVE
ALAMO, CA 94507

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $85.00 | TOTAL $85.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/25/08
           Date

Signature of Server
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

Address of Server
(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, ADR CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, DISPUTE RESOLUTION PROCEDURES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT CONFERENCE ORDER, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, JUDGE ILLSTON'S STANDING ORDER, LOCAL RULES

§AO 440 (Rev. 8/01) Summons in a Civil Action

**FILED**

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ SEE ATTACHED LIST | DATE 6/20/08  2:46PM | 08 AUG 14 PM 2:18 |
| NAME OF SERVER (PRINT) KENNETH L. FOSTER | TITLE CALIFORNIA REGISTERED PROCESS SERVER #591/CONTRA COSTA COUNTY | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ROUND HILL COUNTRY CLUB BY SERVING GREG GONSALVES, GENERAL MANAGER AT 3169 ROUND HILL ROAD
ALAMO, CA 94507

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $85.00 | TOTAL $85.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/25/08
         Date

Signature of Server
ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

Address of Server  (925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE, ADR CERTIFICATION BY PARTIES AND COUNSEL, BLANK STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, DISPUTE RESOLUTION PROCEDURES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT CONFERENCE ORDER, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, JUDGE ILLSTON'S STANDING ORDER, LOCAL RULES

| Attorney or Party without Attorney:<br>KENNETH BARKER<br>2349 ROYAL OAKS DRIVE<br>ALAMO, CA<br>Telephone No: 925-820-0198   FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: BARKER | | | | |
| Defendant: ROUND HILL COUNTRY CLUB | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0802977ADRSI |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Consent To Proceed Before A United States Magistrate Judge, Ecf Registration Information Handout, Instructions For Completion Of Adr Forms, Blank Notice Of Need For Adr Phone Conference, Adr Certification By Parties And Counsel, Blank Stipulation And (Proposed) Order Selecting Adr Process, Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Dispute Resolution Procedures, Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Conference Order, Contents Of Joint Case Management Statement, Judge Illston's Standing Order, Local Rules

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:         Fri., Jun. 20, 2008
    b. Place of Mailing:        Walnut Creek, CA 94595
    c. Addressed as follows:    ROUND HILL COUNTRY CLUB
                                3169 ROUND HILL ROAD
                                ALAMO, CA 94507

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jun. 20, 2008 in the ordinary course of business.

5. *Person Serving:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. VANESSA A. LOPEZ                    d. *The Fee for Service was:*   $85.00
    b. One Hour Delivery Service           e. I am: (3) registered California process server
       1280 Boulevard Way #205                  *(i)*   Employee
       Walnut Creek, CA 94595                   *(ii)*  Registration No.:    641
    c. 925-947-1100, FAX 925-947-3480           *(iii)* County:              CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Fri, Jun. 20, 2008

Judicial Council Form                    PROOF OF SERVICE          (VANESSA A. LOPEZ)
Rule 2.150.(a)&(b) Rev January 1, 2007       By Mail                                    barkkb.12004