1  Kenneth Barker and Lois Anne Barker,
2  2349 Royal Oaks Drive,
3  Alamo, CA. 94507
   Phone ( 925 ) 820-0198
4  Fax    ( 925 ) 820-0198

5  Plaintiff In Pro Se.

FILED
AUG 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARKER<br>&<br>LOIS ANNE BARKER<br>    Plaintiffs<br>v.<br>ROUNDHILL COUNTRY CLUB,<br>CAROLE CARLUCCIO, GREG<br>GONSALVES, DAVID PLOTNIK,<br>PETE DAVIS, MARVIN B. STARR,<br>MILLER STARR REGALIA, DOES<br>1 through 50 inclusive.<br>    Defendants | Case No. C08-02977-SI<br><br>**AFFIDAVIT BY KENNETH BARKER IN SUPPORT OF MOTION FOR JUDGMENT BY DEFAULT AND AWARD OF $1,800,000.00 PURSUANT TO THE RACKETEERING INFLUENCED and CORRUPT ORGANIZATIONS ACT ( RICO ) SECTION 1964 (c )**<br><br>Date: Friday October 3, 2008.<br>Time : 9:00 a.m.<br>Dept : 10<br>Judge: Hon Susan Illston<br><br>Complaint Filed July 17, 2008 |

## AFFADAVIT OF KENNETH BARKER IN SUPPORT OF JUDGMENT BY DEFAULT
## STATEMENT OF FACTS

Plaintiff Kenneth Barker has filed a Motion for entry of default judgment against defendants in the amount of $1,800,000.00 which is scheduled to be heard on October 3, 2008. Attached hereto, is an Affidavit by Kenneth Barker in support of the Motion for default judgment and opposition to defendant's Motion to dismiss the complaint.

Dated Aug/18/2008                        _Kenneth Barker_

                                         Kenneth Barker

## AFFIDAVIT OF KENNETH BARKER.

**KENNETH BARKER,** being duly sworn, deposes and says:

1 ) I am a plaintiff in the Racketeering Influenced and Corrupt Organizations Act ( RICO ) lawsuit, Kenneth Barker and Lois Anne Barker v. Round Hill Country Club et.al. I am familiar with the facts of this action to obtain a Default Judgment against defendants in the amount of of $1,800,000.00, which per RICO, is threefold the $600,000.00 damages demanded in the complaint.

2 ) On June 17, 2008, the RICO action was filed in Federal Court. It was assigned Case No. C08-02977 S I.

3 ) On June 20, 2008, the complaint was served on defendant Round Hill Country Club. The Federal Summons and Federal Rules of Civil Procedure Rule 12 (a)(1) state on penalty of a default judgment for not so doing, that defendants *must* answer the complaint or serve a motion on *plaintiff* within 20 days of receipt of service( i.e. July 10, 2008 ). Defendants, however, did not do so, taking 48 days ( i.e. August 7, 2008 ) to serve an answer on plaintiff. Therefore, defendants missed the mandatory 20 day time deadline by 28 days.

4 ) The Summons states judgment by default will be entered against defendants, if within 20 days, defendants' do not provide plaintiff with an answer to the complaint. Defendant's failed to answer the complaint within 20 days. Therefore, plaintiff's have won the lawsuit by default. Pursuant to the Summons, and F.R.C.P. Rule 12 and Rule 55, judgment by default must be entered against defendants.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | 5) The amount of damages demanded in the complaint is $600,000.00. RICO mandates |
| 4 | that this damage amount to be multiplied threefold for a total of $1,800,000.00. |
| 5 | Specifically: |
| 6 | |
| 7 | RICO Section 1964 ( c ), states in pertinent part, the following: |
| 8 | *"Any person injured in his business or property by reason of a violation of section 1962* |
| 9 | *of this chapter may sue therefore in any appropriate United States district court and* |
| 10 | *shall recover three fold the damages he sustains and the cost of the suit including a* |
| 11 | *reasonable attorney's fee..."* |
| 12 | |
| 13 | 6) This affidavit is made in support of plaintiff's motion for a Default Judgment against |
| 14 | defendants in the amount of of $1,800,000.00, and dismissal of defendants motion to |
| 15 | dismiss the complaint. |

Dated: Aug/18/2008                    Kenneth Barker

# ACKNOWLEDGMENT

State of: CALIFORNIA

County of: CONTRA COSTA

On _Aug. 18, 2008_, before me, Laura Zaragoza, Notary Public

personally appeared

_Kenneth Barker_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

LAURA ZARAGOZA
Commission # 1527167
Notary Public - California
Contra Costa County
My Comm. Expires Nov 16, 2008

(Seal)

_Laura Zaragoza_
Signature of Notary Public
My Commission Expires: November 16, 2008

—————— OPTIONAL ——————

Description of Attached Document
Title or Type of Document: _Affidavit of Kenneth Barker_
Document Date: _June 17, 2008_
Number of Pages: _2_