**PROOF OF SERVICE**

FILED
08 AUG 20 PM 12:45

**NAME OF ACTION:** Kenneth Barker & Lois Anne Barker
**Court and Action Number:** United States District Court Northern District of California   CASE NO. C08-029771-S1

I declare that I am over the age of eighteen years and not a party to this action or proceeding. My address is 522 Oakshire Place, Alamo, CA. 94507.

On 08/19/08   I caused the following to be served:

"/    PLAINTIFF'S NOTICE OF MOTION:
MOTION FOR JUDGEMENT BY DEFAULT: OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT,

☒ By placing a true copy of the document(s) listed above, enclosed in a sealed envelope addressed as set forth below, for collection and mailing on the date and at the address shown above following ordinary business practices. I am familiar with the business practice of mailing correspondence with the United States Postal Service with postage fully prepaid.   Via Certified Mail No. 7008-1140-0000-6700-1793

☐ By having a true copy of the document(s) listed above transmitted by Fax to the person(s) at the Fax number(s) set forth below before 5:00 P.M. The transmission was reported as complete without error report by a report issued by the transmitting Fax machine.

☐ By having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the addresses set forth below.

Mr. Lee Archer,
ARCHER- NORRIS.
A Professional Corporation,
2033 North Main Street, Suite 800,
Walnut Creek, CA. 94596-34728.

I declare under penalty of perjury the forgoing is true and correct.

Executed in Alamo, CA. on   August 19, 2008

*Paul Barker* (signature)

Paul Barker

PROOF OF SERVICE