**PROOF OF SERVICE**

FILED

08 AUG 20 PH 12: 45

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**NAME OF ACTION:** Kenneth Barker & Lois Anne Barker
**Court and Action Number:** United States District Court Northern District of California  CASE NO. C08-02977-SI

I declare that I am over the age of eighteen years and not a party to this action or proceeding. My address is 522 Oakshire Place, Alamo, CA. 94507.

On 08/19/08    I caused the following to be served:

"/    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGEMENT BY DEFAULT: OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT. [Summons, and Fed.R.Civ. Pro. Rule12(a)(1)]

☒    By placing a true copy of the document(s )listed above, enclosed in a sealed envelope addressed as set forth below, for collection and mailing on the date and at the address shown above following ordinary business practices. I am familiar with the business practice of mailing correspondence with the United States Postal Service with postage fully prepaid. Via Certified Mail No. 7008-1140-0000-6700-1793

☐    By having a true copy of the document(s) listed above transmitted by Fax to the person(s) at the Fax number(s) set forth below before 5:00 P.M. The transmission was reported as complete without error report by a report issued by the transmitting Fax machine.

☐    By having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the addresses set forth below.

Mr. Lee Archer,
ARCHER- NORRIS.
A Professional Corporation,
2033 North Main Street, Suite 800,
Walnut Creek, CA. 94596-34728.

I declare under penalty of perjury the forgoing is true and correct.

Executed in Alamo, CA. on  August 19, 2008

*Paul Barker*

Paul Barker

PROOF OF SERVICE