| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |

FILED
08 AUG 20 PM 12:45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**NAME OF ACTION:** Kenneth Barker & Lois Anne Barker
**Court and Action Number:** United States District Court Northern District of California.  CASE NO. C08-02977SI

I declare that I am over the age of eighteen years and not a party to this action or proceeding. My address is 522 Oakshire Place, Alamo, CA. 94507.

On 08/19/08    I caused the following to be served: AFFIDAVIT BY KENNETH BARKER IN SUPPORT OF MOTION FOR JUDGEMENT BY DEFAULT AND AWARD OF $1,800,000.00 PURSUANT TO THE RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO) SECTION 1964 (c)

☒   By placing a true copy of the document(s) listed above, enclosed in a sealed envelope addressed as set forth below, for collection and mailing on the date and at the address shown above following ordinary business practices. I am familiar with the business practice of mailing correspondence with the United States Postal Service with postage fully prepaid.  Via Certified Mail No. 7008-1140-0000-6700-1793

☐   By having a true copy of the document(s) listed above transmitted by Fax to the person(s) at the Fax number(s) set forth below before 5:00 P.M. The transmission was reported as complete without error report by a report issued by the transmitting Fax machine.

☐   By having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the addresses set forth below.

Mr. Lee Archer,
ARCHER- NORRIS.
A Professional Corporation,
2033 North Main Street, Suite 800,
Walnut Creek, CA. 94596-34728.

I declare under penalty of perjury the forgoing is true and correct.

Executed in Alamo, CA. on August 19. 2008

*/s/ Paul Barker/*

Paul Barker