IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,　　　　　　　　　　　　　　No. C 08-02977SI

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**NOTICE**

　　v.

ROUND HILL COUNTRY CLUB,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, November 14, 2008, at 2:00 p.m.

Dated: September 5, 2008　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk