**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    KENNETH BARKER and LOIS ANNE          No. C 08-2977 SI
     BARKER,
9                                          **ORDER EXTENDING TIME FOR**
                    Plaintiffs,            **PLAINTIFFS TO FILE AMENDED**
10                                         **COMPLAINT**
             v.
11
     ROUND HILL COUNTRY CLUB, *et al.*,
12
                    Defendants.
13   _____/

14

15          The Court has received plaintiffs' October 6, 2008 letter requesting clarification of the Court's

16   September 30, 2008 order.[1]  The Court clarifies that plaintiffs are granted leave to amend the complaint,

17   and extends the deadline to do so to **October 24, 2008**.

18          **IT IS SO ORDERED.**

19

20   Dated: October 9, 2008

21                                              _____
                                                SUSAN ILLSTON
22                                              United States District Judge

23

24

25

26

27   _____

28          [1]  The Court notes that plaintiffs' letter does not appear in the docket.  If plaintiffs have not
     already done so, they are directed to file a copy of the letter with the Clerk of the Court.