IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARKER and LOIS ANNE BARKER,<br><br>   Plaintiffs,<br><br> v.<br><br>ROUND HILL COUNTRY CLUB, *et al.*,<br><br>   Defendants.        / | No. C 08-2977 SI<br><br>**ORDER DISMISSING CASE** |

In an order filed September 30, 2008, the Court granted defendants' motion to dismiss and granted plaintiffs leave to amend the complaint. Plaintiffs then requested an extension of time to file an amended complaint, which the Court granted. Plaintiffs did not file an amended complaint, and defendants filed a motion to dismiss for failure to prosecute. Plaintiffs have filed an "answer" to the motion, stating that they do not intend to amend the complaint and instead wish to appeal the September 30, 2008 order.

Accordingly, the Court GRANTS defendants' motion to dismiss for failure to prosecute, and DISMISSES this case. (Docket No. 34).

**IT IS SO ORDERED.**

Dated: November 5, 2008

                     SUSAN ILLSTON
                     United States District Judge