IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER and LOIS ANNE BARKER,

    Plaintiffs,

  v.

ROUND HILL COUNTRY CLUB, *et al.*,

    Defendants.

No. C 08-2977 SI

**JUDGMENT**

On defendants' motion, this action is dismissed for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 5, 2008

SUSAN ILLSTON
United States District Judge